UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:19-cr-14-TWP-VTW-2 |
| ) | |
| TERRANCE L. BEASLEY, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On November 15, 2022, the Court held a Preliminary and Revocation Hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 27, 2022 (Dkt. 163). Defendant Terrance L. Beasley appeared in person with his appointed counsel Patrick J. Renn. The government appeared by Matthew B. Miller, Assistant United States Attorney. U. S. Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. At the Initial Hearing held on November 8, 2022, before Magistrate Judge Paul R. Cherry, the Court advised Mr. Beasley of his rights and provided him with a copy of the petition. Mr. Beasley requested a Preliminary Hearing be set in conjunction with the Revocation Hearing. After a detention hearing held on the same date, Mr. Beasley was ordered detained pending further proceedings.

2. At the Preliminary and Revocation Hearing held on November 15, 2022, the Defendant objected to the absence of U.S. Probation Officer Tasha Taylor as he wanted to call her as a witness, however the Court overruled the Defendant's objection.

3. A Preliminary Hearing was held wherein the Government presented the Testimony of U.S. Probation Officer Mark McCleese. Defendant's Exhibit 1 was admitted UNDER SEAL without objection. The defendant also requested the entire U.S. Probation Officer's file be submitted under sealed to the Court for purposes of appeal. That request was granted without objection by the Government. The Court found probable cause for Violations 1-5 in the Petition.

4. The Court then proceeded to the Revocation hearing and took judicial notice of U.S. Probation Officer Mark McCleese's testimony during the preliminary hearing. The parties presented their respective arguments regarding revocation and any recommended sentence to be imposed if supervised release was revoked.

5. The Government argued for revocation of Mr. Beasley's supervised release and requested the statutory maximum sentence of 2 years in the Bureau of Prisons with no term of supervised release to follow.

6. Mr. Beasley argued that if the Court finds that a violation has occurred and that supervised release should be revoked, Mr. Beasley should be sentenced to the Guideline Range of 7-13 months in the Bureau of Prisons and returned to supervised release upon conclusion of the term of imprisonment.

7. The Court found that Mr. Beasley has violated the conditions of his supervised release, more specifically Violations 1-5, as set forth below:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet in this judgment."** |

Despite being continually reminded of his restitution obligation, Mr. Beasley has not made any payments. Consequently, $1,075 in special assessment fees remain unpaid, as well as the entire restitution balance of $15,048.

2    **"You shall answer truthfully the inquires by the probation officer, subject to your 5th Amendment privilege."**

As previously reported to the Court, on June 10, 2022, when confronted about a missed June 9, 2022, substance abuse treatment appointment, Mr. Beasley stated he couldn't attend because he was working a full time construction job with an individual named Keith. Mr. Beasley did not know Keith's last name, but did have the telephone number. The employer was contacted and stated Mr. Beasley had not worked with him for several years, but he had attempted to provide recent employment to the offender, who reportedly never showed up.

3    **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of the program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

Due to continued illegal drug use, Mr. Beasley was referred to bi-weekly substance abuse counseling. The offender did not attend any treatment sessions for August or October 2022. Additionally, as previously reported to the Court, he failed to attend scheduled substance abuse treatment on June 9, July 7, and July 19, 2022.

4    **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instruction regarding frequency and dosage."**

As communicated to the Court during the October 3, 2022, violation hearing, Mr. Beasley submitted a urine specimen on September 12, 2022, which tested positive for Cannabinoids. Additionally, as reported in previous violation petitions, Mr. Beasley submitted urine specimens which tested positive for Cannabinoids on July 26, June 20, May 24, May 9, April 29, and April 8, 2022. Urine samples collected on September 28, and October 25, 2022, were negative.

| | | |
|---|---|---|
| 5 | | "You shall reside in a residential reentry center for a term of 120 days. You shall abide by the rules and regulations of the facility." |

On October 6, 2022, subsequent to a violation hearing, Mr. Beasley's conditions of supervision were modified to include residency at the Volunteers of America (VOA). He was designated to report to the VOA on October 25, 2022, and was repeatedly reminded of this. On October 26, 2022, the facility contacted the probation office to report Mr. Beasley failed to report.

8. The Court finds that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 10 months with a term of 24 months of supervised release to follow.   In addition to the mandatory conditions of supervision, the following conditions of supervised release (as stated in the Revocation Parameters Worksheet) will be imposed:

   1. You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. *Justification: This condition is an administrative requirement of supervision.*

   2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer. *Justification: This condition is an administrative requirement of supervision.*

   3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

    4.   You shall not knowingly leave the judicial district without the permission of the court or probation officer. *Justification: This condition is an administrative requirement of supervision.*

    5.   You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege. *Justification: This condition is an administrative requirement of supervision.*

    6.   You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact. *Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.*

    7.   You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

    8.   You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

    9.   You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. *Justification: This condition is an administrative requirement of supervision.*

    10. You shall maintain lawful full-time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. *Justification: This condition will ensure the defendant maintains gainful employment and reduce the risk of recidivism.*

    11. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement. *Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.*

    12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. *Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.*

    13. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer, and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available

evaluations to the treatment provider, as approved by the probation officer. *Justification: Given the offender's continued use of an illegal substance during the term of supervised release, this condition is recommended to address any substance abuse needs.*

14. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage. *Justification: This condition will address the defendant's history of substance abuse.*

15. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods. *Justification: This condition will help ensure compliance with a drug-free lifestyle.*

16. You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treatment physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer. *Justification: The offender has consistently demonstrated anger management and impulse control issues. This condition will help Mr. Beasley address any mental health needs identified by the treatment provider.*

17. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution. *Justification: This condition will help ensure legitimacy of employment earnings, as well as assist the probation officer in the collection of the outstanding restitution balance.*

18. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer. *Justification: This condition will help ensure that any restitution payments remain a priority to the defendant.*

19. If you are employed less than 20 hours per week, you will perform at least 5 hours of community service per week, at a location approved by the probation officer. *Justification: This condition will encourage the defendant to work at least 20 hours per week in order to provide for his basic needs and pay restitution.*

20. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the

seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community*.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

11/16/2022

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system