UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cr-00014-TWP-VTW -02 ) |
| TERRANCE L. BEASLEY, | ) ) |
| Defendant. | ) ) |

**REPORT AND RECOMMENDATION**

On February 21, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 15, 2024. [Dkt. 187.] Defendant appeared in person and by FCD counsel Samuel Ansell. Government represented by AUSA Lindsay Karwoski. USPO represented by Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Beasley of his rights and ensured he had a copy of the Petition. Defendant orally waived his right to a preliminary hearing.

    2.    After being placed under oath, Defendant Beasley admitted violation nos. 2 and 3 as set forth in the Petition

    3.    The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| **Violation No.** | **Nature of Noncompliance** |
|---|---|
| 2 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall** |

> **supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.**
>
> Mr. Beasley has refused to schedule treatment services with the contracted substance abuse treatment provider on numerous occasions, even after agreeing to do so. The contracted provider has now requested Mr. Beasley not be sent to their location due the statements he has made to their staff.

3. **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."**

    During a phone call with Mr. Beasley on February 5, 2024, Mr. Beasley was instructed to report to the United States Probation Office on February 6, 2024, to meet with this officer to discuss recent non-compliance in-person. Mr. Beasley stated he would not be reporting to the office as instructed. Due to Mr. Beasley's statements made to this officer, a text message was also sent so he could refer to written reporting instructions. He responded with two texts that said, "Let me know when the court date is" and "I see you in New Albany Indiana". Mr. Beasley did not report as instructed on February 6, 2024.

4. The Court finds that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months imprisonment.

5. The parties jointly recommended a sentence of ninety (90) days incarceration, with no supervised release to follow.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in violation nos. 2 and 3 of the Petition, and recommends that Defendant's conditions of supervised

release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of ninety (90) days, with no supervised release to follow.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Defendant was remanded to U.S. Marshal custody pending the District Judge's action on this Report and Recommendation.

Dated: 22 FEB 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

Electronic Notice to USPO